In the Matter of the Arbitration between SPERRY GYROSCOPE COMPANY, DIVISION OF THE SPERRY CORPORATION, Respondent, and ENGINEERS' ASSOCIATION et al., Appellants.

Argued April 16, 1952; decided May 29, 1952.

584

*Henry Mayer* and *Abraham Weiner* for appellants.

*Moses Shapiro* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.